# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T.W., a minor, by and through his father, THOMAS WALTMAN, and his mother, KAREN WOJTOWICZ, THOMAS WALTMAN, individually, and KAREN WOJTOWICZ, individually,<br><br>    Plaintiffs,<br><br>    v.<br><br>SOUTHERN COLUMBIA AREA SCHOOL DISTRICT,<br><br>    Defendant. | No. 4:20-CV-01688<br><br>(Judge Brann) |

## ORDER

**AND NOW**, this 25th day of September 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion for a Temporary Restraining Order, Doc. 3, is **DENIED**.

2. The parties are again reminded that a Preliminary Injunction Hearing is scheduled for October 15, 2020.

                                          BY THE COURT:

                                          *s/ Matthew W. Brann*
                                          Matthew W. Brann
                                          United States District Judge