# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T.W., a minor, by and through his father, THOMAS WALTMAN, and his mother, KAREN WOJTOWICZ, THOMAS WALTMAN, individually, and KAREN WOJTOWICZ, individually,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SOUTHERN COLUMBIA AREA SCHOOL DISTRICT,<br>　　　　Defendant. | No. 4:20-CV-01688<br><br>(Judge Brann) |

## ORDER

**AND NOW**, this 30th day of November 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for a Preliminary Injunction, Doc. 3, is **DENIED**.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Matthew W. Brann*
　　　　　　　　　　　　　　　　Matthew W. Brann
　　　　　　　　　　　　　　　　United States District Judge